# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

RONNIE MONEY COLEMAN,

　　　　　　　　　　　　Plaintiff,

v.

RIGNEY, *et al.*,

　　　　　　　　　　　　Defendants.

Case No. 3:24-CV-00146-MMD-CLB

**ORDER STRIKING NOTICE**

[ECF No. 35]

On May 6, 2026, Plaintiff Ronnie Money Coleman ("Coleman") filed a notice of substitution of true name, seeking to have the docket in this case to reflect Defendant Chet Rigney's full name. (ECF No. 35.) This notice is improper and is stricken.

The notice violates the Court's General Order No. 2021-05 ("GO 2021-05"), which sets forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. That order specifies the following:

> Parties must **not** file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel. Parties must **not** use notices or letters to ask the Court to rule on a motion. A request for the Court to rule on something must be filed as a motion. Improperly filed "notices" or "letters" will be stricken from the docket

GO 2021-05 § 3(d) (emphasis original). Consequently, Coleman's notice is improper because it seeks the Court to rule on something and therefore should have been submitted as a motion.

Accordingly, the Court **STRIKES** the above-referenced document, (ECF No. 35).

**IT IS SO ORDERED**.

**DATED:** May 6, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**