**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RONNIE MONEY COLEMAN,

Plaintiff,

v.

RIGNEY, *et al.*,

Defendants.

Case No. 3:24-CV-00146-MMD-CLB

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

[ECF No. 38]

Currently pending before the Court is Plaintiff Ronnie Money Coleman's ("Coleman") motion to amend his complaint. (ECF No. 38.) Initially, Coleman only knew Defendant's last name. (*Id.*) However, he has since learned Defendant's full name is Chet Rigney ("Rigney"), and he now seeks leave to amend his complaint so Rigney's full name is accurately reflected. (*Id.*) Rigney did not file a response to Coleman's motion, which "constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly, Coleman's motion to amend is granted as unopposed.

**IT IS THEREFORE ORDERED** that Coleman's motion to amend his complaint, (ECF No. 38), is **GRANTED**.

**IT IS FURTHER ORDERED** that Clerk shall **FILE** Coleman's amended complaint, (ECF No. 38 at 4-8), which is now the operative complaint in this case.

**IT IS FURTHER ORDERED** that the Clerk shall **UPDATE** Defendant's name on the docket to reflect his full name **Chet Rigney**.

**DATED**: July 23, 2026

**UNITED STATES MAGISTRATE JUDGE**